```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10   DAVID ENGLUND,
11              Petitioner,              No. 2:08-cv-3126 JFM (HC)
12         vs.
13   D.K. SISTO, Warden,
14              Respondent.              ORDER
15   _____/
```

16    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

21    In accordance with the above, IT IS HEREBY ORDERED that petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

25   /////
26   /////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED:  January 14, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
engl3126.101a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ENGLUND,

    Petitioner,                      No. 2:08-cv-3126-JFM (HC)

    vs.

D. K. SISTO, Warden,                <u>NOTICE OF SUBMISSION</u>

    Respondent.

_____/

    Petitioner hereby submits the following document in compliance with the court's order filed _____:

    _____        In Forma Pauperis Application

                            OR

    _____        Filing Fee ($5.00) for Habeas Corpus Action

DATED:

                                                _____
                                                Petitioner