IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ENGLUND, | | |
| | Petitioner, | No. 2:07-cv-2535 CBM (HC)[1] |
| vs. | | |
| D. K. SISTO, | | |
| | Respondent. | |
| _____/ | | |
| DAVID ENGLUND, | | |
| | Petitioner, | No. 2:08-cv-3126 JAM JFM (HC) |
| v. | | |
| D. K. SISTO, Warden, | | **RELATED CASE ORDER** |
| | Respondent. | |
| _____/ | | |

Examination of the above-entitled actions reveals that the actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve the same parties,

---

[1] The Honorable Consuelo B. Marshall of the Central District of California sitting by designation. [Docket No. 13.]

1

1 and are based on the same or similar claims, similar questions of fact and the same question of
2 law. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial
3 savings of judicial effort and is also likely to be convenient for the parties.
4     The parties should be aware that relating the cases under Local Rule 123 merely
5 has the result that the actions are assigned to the same judge and magistrate judge; no
6 consolidation of the actions is effected. Under the regular practice of this court, related cases are
7 generally assigned to the judge to whom the first filed action was assigned.
8     IT IS THEREFORE ORDERED that the action denominated 2:08-cv-3126 JAM
9 JFM (HC) be, and the same hereby is, reassigned to Judge Consuelo B. Marshall for all further
10 proceedings, and any dates currently set in this reassigned case only are hereby VACATED.
11 Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:08-cv-
12 3126 CBM (HC)
13     IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
14 adjustment in the assignment of civil cases to compensate for this reassignment.
15 DATED: 4/5/10

17
18 _____
CONSUELO B. MARSHALL
19 UNITED STATES DISTRICT JUDGE